*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and GANNON
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Julia J. GARDNER**
Machinist Mate Petty Officer First Class (E-6), U.S. Navy
*Appellant*

**No. 202500042**

―――――――――――――

Decided: 10 July 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Courtney E. Lewis (arraignment)
Jason A. Pfeil (motions and trial)

Sentence adjudged 9 December 2024 by a special court-martial tried at Region Legal Service Office Mid-Atlantic, Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1.

For Appellant:
*Captain Kyle W. Rodewald, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment is deficient. It does not adequately summarize each specification referred to trial as required by Rule for Courts-Martial (R.C.M.) 1111(b)(1)(A) and *United States v. Wadaa*.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of her proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Wadaa*, 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

[3] *United States v. Sutton*, 81 M.J. 677 (N-M. Ct. Crim. App. 2021); *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202500042 |
| v. | **ENTRY**<br>**OF**<br>**JUDGMENT** |
| **Julia J. GARDNER**<br>**Machinist Mate Petty Officer**<br>**First Class (E-6)**<br>**U.S. Navy** | |
| *Accused* | *As Modified on Appeal* |
| | **10 July 2025** |

On 9 December 2024, the Accused was tried at Region Legal Service Office Mid-Atlantic, Norfolk, Virginia, by special court-martial consisting of a military judge sitting alone. Military Judge Courtney E. Lewis presided over arraignment. Military Judge Jason A. Pfeil presided over motions and trial.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

    *Plea:* Not Guilty.

    *Finding:* Withdrawn and dismissed.

**Specification 1:** **Violation of a lawful general order, SECNAVINST 5300.26E, between on or about January 2021 and on or about December 2021.**

    *Plea:* Not Guilty.

    *Finding:* Withdrawn and dismissed.

**Specification 2:** **Violation of a lawful general order, SECNAVINST 5300.26E, between on or about July 2021 and on or about December 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Violation of a lawful general order, SECNAVINST 5300.26E, between on or about October 2021 and on or about December 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920d.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 1:** **Abusive sexual contact between on or about 12 December 2022 and 16 December 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** **Abusive sexual contact on or about 27 February 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Abusive sexual contact between on or about October 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 4:** **Abusive sexual contact between on or about 1 December 2022 and 4 December 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge III:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **Assault consummated by a battery on or about December 2022 and on or about February 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** **Assault consummated by a battery between on or about January 2023 and on or about March 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Assault consummated by a battery on or about 2 March 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge IV:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **Sexual harassment between on or about January 2022 and on or about March 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **Sexual harassment between on or about October 2022 and on or about December 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Sexual harassment between on or about January 2022 and on or about March 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 4:** **Sexual harassment between on or about March 2022 and on or about March 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 5:** **Sexual harassment between on or about January 2022 and on or about March 2023.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed.

## SENTENCE

On 9 December 2024, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court